| | | | |
|---|---|---|---|
| Com. v. Lee | 169 WDA 2016<br>Reversed and<br>Remanded | 02/07/2017 | CP–43–CR–0000967–<br>2014<br>(Mercer) |
| Com. v. Woodall | 395 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/07/2017 | CP–02–CR–0015787–<br>2006<br>CP–02–CR–0015796–<br>2006<br>(Allegheny) |
| Com. v. Smith | 457 WDA 2016<br>Affirmed | 02/07/2017 | CP–02–CR–0009206–<br>2015<br>(Allegheny) |
| U.S. Bank National v. Murdoch | 883 WDA 2016<br>Affirmed | 02/07/2017 | 2013–01491<br>(Washington) |
| Com. v. Pennington | 1364 EDA 2015<br>Affirmed | 02/08/2017 | CP–51–CR–0013565–<br>2012<br>(Philadelphia) |
| Com. v. Antwon | 2161 EDA 2015<br>Affirmed | 02/08/2017 | CP–51–CR–0001160–<br>2014<br>(Philadelphia) |
| Com. v. Payne | 2427 EDA 2015<br>Affirmed | 02/08/2017 | CP–51–CR–0608701–<br>2006<br>(Philadelphia) |
| Com. v. Smith | 3559 EDA 2015<br>Affirmed | 02/08/2017 | CP–51–CR–0005836–<br>2011<br>(Philadelphia) |
| Com. v. Jerome | 3608 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/08/2017 | CP–23–CR–0004173–<br>2014<br>(Delaware) |
| Com. v. Sutherland | 3703 EDA 2015<br>Affirmed | 02/08/2017 | CP–51–CR–0003313–<br>2012<br>(Philadelphia) |
| Com. v. Freeman | 374 EDA 2016<br>Affirmed | 02/08/2017 | CP–23–CR–0001317–<br>1992<br>(Delaware) |
| Com. v. Enagbare | 785 EDA 2016<br>Affirmed | 02/08/2017 | CP–15–CR–0002279–<br>2012<br>(Chester) |
| Com. v. Mirrer | 1156 EDA 2016<br>Affirmed | 02/08/2017 | CP–45–CR–0001332–<br>2015<br>(Monroe) |
| Elsherif v. All City Taxi | 1296 EDA 2016<br>Reversed and<br>Remanded | 02/08/2017 | 150503202<br>(Philadelphia) |
| Com. v. Burley | 1480 EDA 2016<br>Affirmed | 02/08/2017 | CP–39–CR–0003070–<br>2015<br>(Lehigh) |